```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

UNITED STATES OF AMERICA

v.                                  Case No. 8:18-cr-526-T-33TGW

MARQUESE JERRODDA ALLEN

_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Thomas G. Wilson's Report and Recommendation (Doc. # 59), filed on October 7, 2019, recommending that Marquese Jerrodda Allen's Motion to Suppress (Doc. # 39) be denied. On October 21, 2019, Allen filed an Objection to the Report and Recommendation. (Doc. # 63). The United States responded to the Objection on November 4, 2019. (Doc. # 64).

The Court accepts and adopts the Report and Recommendation, overrules the Objection, and denies the Motion to Suppress.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and

recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a *de novo* review with respect to that factual issue. Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the record, including Judge Wilson's Report and Recommendation as well as Allen's Objection thereto, the Court overrules the Objection and adopts the Report and Recommendation. The Court agrees with Judge Wilson's detailed and well-reasoned findings of fact and conclusions of law. The Report and Recommendation thoughtfully addresses the issues presented, and the Objection does not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 59) is **ACCEPTED** and **ADOPTED**.

(2) Marquese Jerrodda Allen's Motion to Suppress (Doc. # 39) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>7th</u> day of November, 2019.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE